ORIGINAL

FILED
08 JAN 16 AM 11:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Unsealed 1/17/08
FNT

ORDERED SEALED BY COURT

'08 MJ 0131

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11 IN THE MATTER OF THE SEARCH OF:   )   Magistrate No. _____
                                      )
12 Premises Known As:                 )   MOTION AND ORDER TO FILE SEARCH
   4770 Home Avenue, Apartment 301    )   WARRANT, APPLICATION AND
13 San Diego, California 92105        )   AFFIDAVIT FOR SEARCH WARRANT
                                      )   UNDER SEAL AND ORDER THEREON
                                      )
14

15       The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and

16 ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for

17 an Order sealing the search warrant and accompanying application and affidavit for search warrant in

18 the above-captioned matter until further notice, except for a copy which shall be left at the premises

19 where the property is located.

20       DATED: January 15, 2008.

21                                              Respectfully submitted,

22                                              KAREN P. HEWITT
                                                United States Attorney
23

24
                                                /s/ Andrew G. Schopler
25
                                                ANDREW G. SCHOPLER
26                                              Assistant U.S. Attorney

27

28

ORIGINAL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: )<br>)<br>Premises Known As: )<br>4770 Home Avenue, Apartment 301 )<br>San Diego, California 92105 )<br>) | Magistrate No. _____<br><br>**ORDER SEALING SEARCH WARRANT,<br>APPLICATION AND AFFIDAVIT FOR<br>SEARCH WARRANT** |

Upon application of the UNITED STATES, and good cause appearing,

IT IS ORDERED that the search warrant and accompanying application and affidavit for search warrant, and this order be sealed until further order of the Court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the place to be searched.

IT IS SO ORDERED.

DATED: 1-15-08

HONORABLE NITA L. STORMES
United States Magistrate Judge

2