ORIGINAL

AO 93 (Rev. 5/85) Search Warrant

UNSEALED AS OF 1/17/08

ORDERED SEALED BY COURT

FILED
08 JAN 23 PM 4:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PM  DEPUTY

# United States District Court

## FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Premises Known As:
4770 Home Avenue, Apartment 301
San Diego, California 92105

**SEARCH WARRANT**

CASE NUMBER 08 MJ 0131

TO: Federal Bureau of Investigation _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ Special Agent Robert A. Harris _____ who has reason to
                                                              Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ Southern District of California _____ there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ 1-25-08 _____
                                                                          Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ Nita L. Stormes _____
as required by law.                                                                                     U.S. Judge or Magistrate

1-15-08 @ 4:00 pm _____                         at  San Diego, California
Date and Time Issued                                     City and State

Nita L. Stormes, Magistrate Judge _____           [signature]
Name and Title of Judicial Officer                         Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/15/2008 | 6:00am 1/16/2008 | Nora Urbina |

**INVENTORY MADE IN THE PRESENCE OF:** SA Lori Jensen

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See attached FD-597

### CERTIFICATION

*I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.*

[signature]

*Subscribed, sworn to, and returned before me this date.*

[signature]    1-23-08

U.S Judge or Magistrate    Date

FD-597 (Rev 8-11-94)                                                                                           Page __1__ of __6__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 01-16-2008

item(s) listed below were:
- [X] Received From
- [ ] Returned To
- [ ] Released To
- [X] Seized

(Room C)

(Name) Eleodoro Castillo
(Street Address) 4770 Home Ave #301
(City) San Diego, CA 92105

Description of Item(s): Black Razor phone; Motorola charger for cell phone; Handwritten name + phone number on paper found in Bookshelf; Work card for Eleodoro Castillo-Urbina found in Bookshelf with prior address: 4129 43rd Street #7 San Diego, CA 92105-1519; Mailed opened letter to Eleodoro Castillo-Urbina with current address: 4770 Home Avenue #301 San Diego, CA 92105 from the Southern Calif. Carpentry Joint Apprenticeship & Training Committee found in Bookshelf.

Received By: /s/ SA [signature]
Received From: X [signature] Eleodoro Urbina

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-66640

On (date) 1/16/08

(Room D) Hall closet

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) Eleodoro Castillo
(Street Address) 4770 Home Avenue, #301
(City) San Diego, CA

Description of Item(s):
- Permanent resident card for Eleodoro Castillo-Urbina
- Earnings statement for Eleodoro Castillo
- AT&T cell phone bill for 619-764-9447 (Mayra Contreras)
- SDG&E bill (1/11/08) in name of Artemia Urbina, 4770 Home Ave #301 SD, CA

FBI/SA

Received By: FBI SA [signature]     Received From: [signature] Norma Urbina

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 01-16-2008

Room H

item(s) listed below were:
- ☒ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Eleodoro Castillo
(Street Address) 4770 Home Avenue #301
(City) San Diego, CA  92105

Description of Item(s): 4 loose pieces of paper with handwritten phone numbers and names found from two purses owned by Artemia Urbina

Received By: SA [signature]
Received From: Norma Urbina [signature]

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/2008

(Room J) Jeep Cherokee

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Eleodoro Castillo
(Street Address) 4770 Home Avenue #301
(City) San Diego, CA 92105

Description of Item(s):
- Mail correspondence to Current Resident 4770 Home Ave Apt 301
- Temporary Registration for CA 26PS446
- Hand-written phone numbers

FBI SA [signature]

Received By: FBI SA [signature]    Received From: Nivino Urbina [signature]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 01-16-2008 Room E & F

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Eleodoro Castillo
(Street Address) 4770 Home Avenue #301
(City) San Diego, CA 92105

Description of Item(s): Black Motorola i930 cellphone; $250 cash (2-100 dollar bills and one fifty dollar bill) found in Xmas Box; Charger for Black Motorola cell; $36 cash (two 5 dollar bills plus 26 one dollar bills) found on top of Bookcase; Pink Razor cellphone and charger; Silver-Blue Bender Motorola cell phone; Black scale with leather type case found inside closet F; SDGE Bill; Eleodoro Castillo's W2s 2006; Earnings Statement for E. Castillo; Washington Mutual Account Statement for Norma Urbina Sanchez; E. Castillo Urbina's Social Security Card; Child Support Court documents; Title-Auto Registration, DMV document + envelope; Cingular Account Statement; Sprint documents; $1850 cash found in top bookcase drawer (one 50 dollar bill, 83 twenty dollar bills, 13 ten dollar bills, 2 five dollar bills) (SM) MG 1/16/08

11:32 AM

FBI SA

Received By FBI SA _____ (Signature)   Received From: X Norma Urbina (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Norma Castillo **me** Urbina
(Street Address) 4770 Home Ave
(City) San Diego, CA

Description of Item(s):

1 - Nissan Armada, Gray
California License Plate 5LDP491
VIN 5N1AA08A34N746851

Registration: Napoles Ricardo
2338 Ridgeway Dr
National City, CA 91950

Received By: Mathew Zeman (Signature)

Received From: Norma Urbina (Signature)

## ATTACHMENT A

## THE PREMISES TO BE SEARCHED

(RESIDENCE OF Eleodoro CASTILLO, aka "Onko")

The residence at **4770 Home Avenue, Apartment 301, San Diego, California 92105** is further described as follows:

The residence is contained in a three-story apartment building having a primarily light orange stucco exterior with cream wood trim and a flat roof. The number 4770 is black and affixed in the center of the east side of the building on the trim lining an entranceway to the center of the complex. The building is located on the west curb line of Home Avenue. Apartment 301, a corner apartment, is on the third floor in the southeastern corner of the building. The green front wooden door faces west and has the black, metal number 301 in its center at eye level. The apartment complex is called Home Garden Apartments, and it is gated and surrounded by a light green metal security fence that is approximately 6 feet tall. The building has parking lots on its north and south sides. Access to the apartment complex is gained through the vehicle gates for each parking lot or the single pedestrian gate in the center of the complex. All gates are secured and appear to require a key or a code to gain access. The front entry way overlooks the south parking lot of the complex and is next to the south stairwell which has access to the remaining two floors as well as to the parking lot.

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

### (RESIDENCE OF Eleodoro CASTILLO, aka "Onko")

1. Controlled substances, including but not limited to cocaine base, and paraphernalia for packaging, weighing, cutting, testing, distributing, growing, and identifying controlled substance(s), including baggies, plastic wrapping, scales and other weighing devices.

2. Documents and computer or electronic devices (and their contents) containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substance(s), including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, computer databases, spreadsheets, rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3. Money and assets derived from or to be used in the purchase of controlled substance(s) and records thereof, including U.S. currency, artwork, precious metals and stones, jewelry, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers check receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

4. Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

5. Equipment used to detect police activities and surveillance, including radio scanners and tape and wire transmitter detectors.

6. Photographs and electronic images, such as video recordings and tape recordings (and their contents) which document the association with other co-conspirators and/or which depict narcotics, firearms, cash, real property, vehicles or jewelry.

7. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

8. Telephone paging devices, beepers (and their contents), cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

9. Incoming telephone calls while at the premises for execution of this search warrant, including answering the telephone and conversing with callers who appear to be calling in regard to drug sales without revealing the officer's identity. Telephone answering machines or devices, including listening to any recordings on the premises.